Argued September 21, affirmed September 21, 1971

STATE OF OREGON, *Respondent, v.*
THEODORE GREST (C-59737), *Appellant.*
488 P2d 470

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.